RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Mary Ellen Martinez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-0322-KJD-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Third Request) |
| MARY ELLEN MARTINEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Mary Ellen Martinez, that the Revocation Hearing currently scheduled on September 14, 2022 at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties have engaged in meaningful negotiations but have been unable to attain a joint recommendation thus far.

2. Therefore, defense counsel is conducting mitigation investigation and requires additional time to gather supporting documents.

3. Defense counsel needs additional time to conduct investigation and prepare, if necessary, for the revocation hearing.

4. Ms. Martinez is in custody and agrees with the need to continue the revocation hearing.

5. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 8th day of September, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | */s/ Jim W. Fang*<br>By_____<br>JIM W. FANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-0322-KJD-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| MARY ELLEN MARTINEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 14, 2022 at 11:00 a.m., be vacated and continued to November 9, 2022 at the hour of 11:00 a.m.; or to a time and date convenient to the court. in courtroom 4A.

DATED this 9th day of September, 2022.

UNITED STATES DISTRICT JUDGE

3